UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| In re: | Exquisite Designs by Castlerock & Company, Inc. | § § § § § | Bankruptcy Case No. 12-38337 |
| | Debtor. | | |
| | Exquisite Designs by Castlerock & Company, Inc., | § § § § | |
| | Brad Jones, as Shareholder, Owner, Officer, and Director, of said Corporation, and as Part In Interest, | § § § § § § | |
| | Appellants, | § § | |
| vs. | | § § | |
| | Ronald J. Sommers, Chapter 7 Trustee, | § § § § | |
| | United States Trustee, | § § | |
| | Deutsche Bank National Trust Company, as Trustee for the Holders of Morgan Stanley Mortgage Loan Trust 2005-5AR, | § § § § § § § | |
| | The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-15, Mortgage Pass-Through Certificates, Series 2004-15, | § § § § § § § § § | |
| | The Bank of New York Mellon fka The Bank of New York, as trustee for the Certificateholders of the CWALT, Inc., Alternative | § § § § § | |

1

|   |   |
|---|---|
| Loan Trust 2007-HY2 | § |
| Mortgage Pass-Through | § |
| Certificates, Series 2007-HY2, | § |
|   | § |
| Bank of America, Servicing | § |
| Agent | § |
| Appellees. | § |

**AGREED MOTION TO WITHDRAW ALEXANDER B. WATHEN AS COUNSEL FOR BRAD JONES**

Mr. Jones and Mr. Wathen have reached an agreement that Mr. Wathen withdraw as counsel for Mr. Jones, thereby ending Mr. Wathen's involvement in this case. The reasons for the withdrawal are Mr. Wathen's health and conflicts of interest, no part of which is attributable to Mr. Jones who has been an excellent client fulfilling his duties throughout this case.

The only deadlines as of now is the Appellant's Brief which is due June 15, 2015 in the District Court.

Therefore, Mr. Jones moves the Court to withdraw Mr. Wathen as his counsel.

                                                  Respectfully Submitted,

05/05/2015                                  /s/ Alexander B. Wathen  
Date                                         Alexander B. Wathen  
                                            Special Appellate Counsel for Brad Jones  
                                            Texas Bar No. 24005122  
                                            S.D. Tex. No. 22793  
                                            Wathen & Associates  
                                            13280 Northwest Freeway  
                                            Suite F352  
                                            Houston, TX 77040  
                                            Ph.  (281) 999-9025  
                                            Fax (713) 616-6242  
                                            wathenecf@gmail.com

## CERTIFICATE OF SERVICE

I certify that I have or am contemporaneously serving a copy of this document on the entities listed below either by first class mail if their address is listed or if no address is listed through the Clerk by electronic mail. If the Clerk did not serve any of the below entities electronically then the undersigned counsel did so.

Brad Jones, via email bjones@castlerockinvestment.com

Carolyn Carollo, via email carolyncarollo@snowspencelaw.com (for the Chapter 7 Trustee).

Gary F. Cerasoulo, via email gary.cerasuolo@sbcglobal.net (for Bank of America and other Bank Appellees).

Any others receiving ECF notices.

05/05/2015\_\_\_\_\_                                    /s/ Alexander B. Wathen_____
Date                                                              Alexander B. Wathen